**DISMISS; and Opinion Filed August 10, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00451-CV

## IN THE INTEREST OF Z.Z.B. AND S.M.B., CHILDREN

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-51444-2008**

## MEMORANDUM OPINION
Before Chief Justice Wright and Justices Lang-Miers and Stoddart
Opinion by Chief Justice Wright

The Court **REINSTATES** the appeal.

This interlocutory appeal was abated on May 16, 2012 due to the filing of bankruptcy by appellant Stephen Aaron Bergenholtz. Since that date, we have had no correspondence from appellant regarding the status of the bankruptcy proceeding. By letter dated July 23, 2015, the Court directed appellant to notify us of the current status of the bankruptcy proceeding. We informed appellant that our records reflect he has filed several appeals and original proceedings in this Court since the date of the bankruptcy abatement. We, therefore, directed appellant to notify the Court, within ten days, why this appeal should not be reinstated and set for dismissal. We warned appellant that failure to respond would result in dismissal of the appeal. Appellant has not responded.

Accordingly, we dismiss the appeal.  *See* Tex. R. App. P. 42.3(c).


      /Carolyn Wright/
      CAROLYN WRIGHT
      CHIEF JUSTICE


120451F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF Z.Z.B. AND
S.M.B., CHILDREN

No. 05-12-00451-CV

On Appeal from the 429th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 366-51444-2008.
Opinion delivered by Chief Justice Wright,
Justices Lang-Miers and Stoddart
participating.


In accordance with this Court's opinion of this date, we **DISMISS** the appeal.  We **ORDER** that appellee Josephine Donna Bergenholtz Arroyo recover her costs of this appeal from appellant Stephen Aaron Bergenholtz.


Judgment entered this 10th day of August, 2015.

–3–